**JOSEPH W. CHARLES, P.C.**
Joseph W. Charles, #003038
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone:  623-939-6546
Fax:       623-939-6718
Email:   coachjoe@joecharles.com
Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon Franco,<br><br>             Plaintiff,<br><br>vs.<br><br>Jazz Healthcare, LLC, an Arizona Limited Liability Company, Majid John Shakibaian and Jane Doe Shakibaian, a married couple,<br><br>             Defendants. | No. 2:18-cv-02235-JJT<br><br>NOTICE OF APPEARANCE |

   NOTICE IS HEREBY GIVEN that JOSEPH W. CHARLES hereby enters his appearance on behalf of Defendants in the above-captioned matter.  Undersigned counsel requests that all pleadings in this matter be forwarded to him at the above address.

   RESPECTFULY SUBMITTED this 30th day of October, 2018.

                                JOSEPH W. CHARLES, P.C.



                          By    /s/ Joseph W. Charles
                                JOSEPH W. CHARLES
                                Attorney for Defendants

1

Original electronically filed and copy mailed this 30th day of October, 2018, to:

Clifford P. Bendau, II, Esq.
BENDAU & BENDAU PLLC
P. O. Box 97066
Phoenix, Arizona 85060
*Attorneys for Plaintiff*

/s / Gwen Kemnitz