IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Simon Franco,<br><br>  Plaintiff,<br><br>v.<br><br>Jazz Healthcare LLC, *et al.*,<br><br>  Defendants. | No. CV-18-02235-PHX-JJT<br><br>**ORDER** |

   Upon review of the parties' Stipulation to Dismiss Case With Prejudice (Doc. 45), and good cause appearing,

   IT IS ORDERED granting the Stipulation (Doc. 45). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

   IT IS FURTHER ORDERED directing the Clerk to close this matter.

   Dated this 9th day of July, 2019.

                              Honorable John J. Tuchi
                              United States District Judge